IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 07-CR-86 (CAR) |
| LaSHAWN MOORE, | VIOLATION: Firearms Related |
| Defendant | |

## O R D E R

Defendant LaSHAWN MOORE this day appeared before the undersigned for arraignment, represented by Mr. Christopher Brian Jarrard of the Federal Defenders Office. On April 10, 2008, defendant MOORE had his initial appearance in Albany, Georgia, before the Honorable Richard L. Hodge, U. S. Magistrate Judge. At that time and place, Judge Hodge set a $10,000, ten percent bond for the defendant but provided that he could satisfy the 10% provision at the time of his arraignment. At arraignment, counsel for defendant MOORE advised the undersigned that defendant MOORE lacked the financial ability to pay the 10% cash required by Judge Hodge's Order Setting Conditions of Release and requested that posting of any cash amount be waived by the court.

Upon consideration of defendant's request, and after hearing from counsel for the defendant and counsel for the government, the undersigned hereby GRANTS the defendant's request. Posting of 10% cash is hereby WAIVED, and defendant's bond shall hereafter be considered as a $10,000 UNSECURED BOND.

SO ORDERED AND DIRECTED, this 5th day of MAY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE